IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

BOBBY LEE ROBERTSON                                                                          PETITIONER

VS.                                         Civil No. 1:12-cv-1002

SHAUN HILDRETH                                                                              RESPONDENT

## ORDER

Before the Court is the Report and Recommendation filed August 27, 2012, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 9). Judge Bryant recommends that Bobby Lee Robertson's Petition for Writ of *Habeas Corpus* be dismiss without prejudice for failure to follow a court order. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Bobby Lee Robertson's Petition for Writ of *Habeas Corpus* is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 17th day of September, 2012.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge